# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

### GUILTY PLEA HEARING MINUTES

CASE NO.  8:17-cr-380-T-33AAS          DATE:  December 18, 2017

HONORABLE  AMANDA ARNOLD SANSONE  INTERPRETER  Xavier Keogh

LANGUAGE   Spanish

UNITED STATES OF AMERICA          AUSA James Muench

v.                               Government Counsel

JOSE MERO ANCHUNDIA              Che Lopardo, Esq.

Defendant                        Defense Counsel

COURT RPTR  digital recording    DEPUTY CLERK Cathy Morgan

TIME  1:35 - 2:03          TOTAL  27 min    COURTROOM    10B

(✓)   PLEA AGREEMENT FILED.  (✓) DEFENDANT SWORN.

(✓)   PLEA OF NOT GUILTY WITHDRAWN AND PLEA OF GUILTY ENTERED  AS TO

COUNT   ONE  OF THE INDICTMENT

(✓)   FACTUAL BASIS  ESTABLISHED

(✓)   ADJUDICATION OF GUILT       DEFERRED.

(✓)   REFERRED TO PROBATION FOR PRE-SENTENCE INVESTIGATION:  YES

(✓)   SENTENCING WILL BE SCHEDULED AT A LATER DATE,

(✓)   DEFENDANT REMANDED TO CUSTODY OF U.S. MARSHAL.

(✓)   PLEA CONDITIONALLY ACCEPTED.

(✓)   COPY OF GUILTY PLEA MINUTES PROVIDED TO DISTRICT JUDGE COURTROOM

DEPUTY.

()   OTHER: