**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.:    8:17-cr-380-T-33AAS | | DATE:    February 15, 2018 | |
|---|---|---|---|
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | | **INTERPRETER:** Dyalma Ocasio **LANGUAGE:** Spanish | |
| | | **GOVERNMENT COUNSEL** Natalie Hirt Adams, AUSA | |
| **UNITED STATES OF AMERICA** **v.** **JOSE MERO ANCHUNDIA** | | Che Lopardo, CJA | |
| **COURT REPORTER:** Scott Gamertsfelder | | **DEPUTY CLERK:** | Shameeka Teasley |
| **TIME:** 1:47 PM – 2:14 PM **TOTAL:** 27 minutes (14 mins – Montoya Perez; 13 mins – Mero Anchundia) | | **COURTROOM:** | 14B |
| | | **PROBATION:** | Dominique Barlow |

**PROCEEDINGS:**    CRIMINAL MINUTES – SENTENCING REFORM ACT MINUTES

Interpreter sworn.

Defendant addressed the Court.

Defendant is adjudged guilty on Count One of the Indictment.

Imprisonment: **ONE HUNRED TWENTY (120) MONTHS**

Supervised Release: **FIVE (5) YEARS**

The Court recommends to the Bureau of Prisons that the defendant:
1. Be confined at FCI Coleman (1st choice) or FCI Ft Dix (2nd choice);
2. Take classes to learn English as a second language;
3. Participate in UNICOR;
4. Take classes to obtain General Educational Degree (GED); and

5. Receive vocational training in heating, ventilation, and air conditioning; plumbing, welding, and mechanics.

Fine is waived.

Special Assessment: $100.00 to be paid immediately.

Special condition of supervised release: If the defendant is deported, he shall not re-enter the United States without the express permission of the appropriate governmental authority.

The mandatory drug testing requirements of the Violent Crime Control Act are waived. However, the Court orders the defendant to submit to random drug testing not to exceed 104 tests per year.

Defendant is to cooperate in the collection of DNA as instructed by the Probation Officer.

Defendant is remanded to the custody of the U.S. Marshal.

Defendant advised of right to appeal and to counsel on appeal.

Defense moved for a downward variance. **GRANTED.**

The Court will advise the Bureau of Prisons that the defendant has been paroled into the United States so that he could be prosecuted in this matter. Thus, the defendant is legally in the United States and should be eligible for educational, vocational, and Unicor programs.

The Government will reinforce the separation of defendants request to the proper agency.

## GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 33 |
| Criminal History Category: | I |
| Imprisonment Range | 135-168 months |
| Supervised Release Range | 5 years |
| Restitution: | N/A |
| Fine Range | $35,000-$10,000,000 |
| Special Assessment | $100.00 |